Susan St. Vincent
Acting Legal Officer
Daniel Negless
Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MITCHELL ALAN YOUNG,<br><br>        Defendant. | DOCKET NO: 6:14-mj-00039-MJS<br><br>**AMENDED MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated:  June 4, 2014                                NATIONAL PARK SERVICE

                                                     /S/ Daniel Negless
                                                    Daniel Negless
                                                    Legal Intern

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Mitchell Young*, 6:14-mj-00039-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   June 11, 2014                          /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE